# First District Court of Appeal
## State of Florida

—————————————————

No. 1D21-599

—————————————————

Joshua Royell Johnson,

    Appellant,

v.

State Of Florida,

    Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

September 28, 2022

Per Curiam.

    Affirmed.

Ray, Winokur, and Jay, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Jovona I. Parker, Assistant Attorney General, Tallahassee, for Appellee.